ACCEPTED
12-15-00087-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/16/2015 10:16:55 AM
Pam Estes
CLERK

## CAUSE NO. 12-15-00087-CV

| | | |
|---|---|---|
| **EXCO OPERATING COMPANY, LP** | § | **IN THE TWELFTH** |
|     **Appellant** | § | |
| | § | |
| **VS.** | § | |
| | § | **COURT OF APPEALS** |
| | § | |
| | § | |
| **MARY K. MCGEE,** | § | |
|     **Appellee** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/16/2015 10:16:55 AM
PAM ESTES
Clerk

### APPELLEE MARY K. MCGEE'S MOTION FOR LEAVE TO FILE A SURREPLY BRIEF

Appellee, Mary K. McGee, files this her Motion for Leave to File a Surreply Brief to Appellant EXCO Operating Company, LP's Reply and, in support thereof, would respectfully show the Court as follows:

### I.   ARGUMENT & AUTHORITIES

Texas Rule of Appellate Procedure 38 governs the requisites for briefing on appeal. No portion of Rule 38 addresses or governs the filing of a surreply. Rule 38.3 states that the "appellant may file a reply brief addressing any matter in the appellee's brief." *See* Tex. R. App. P. 38.3. Rule 38.7 states that "a brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe." *See* Tex. R. App. P. 38.7. Appellee does not, in any strict terms, require "supplementation" or "amendment" of her brief. Appellee does, however, require an opportunity to respond to Appellant's Reply, for the most paramount reason that Appellant's Reply presents a new argument that was not raised in the trial court below or in the initial briefing to this Court, in violation of Tex. R. App. P. 33.1. Appellant's raising of this new argument at the 11th hour in their Reply brief has deprived Appellee an opportunity to respond and, thus, justice requires that she be permitted leave to file her Surreply.

## II.    PRAYER

For these reasons, Appellee respectfully asks the Court to grant her Motion for Leave to File her Surreply and for any and all other relief to which she may be entitled.

Respectfully submitted,
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM


BY:    _____/s/Justin A. Smith_____
JOHN D. SLOAN, JR.
Texas Bar No. 18505100
E-mail: jsloan@sloanfirm.com
JUSTIN A. SMITH
Texas Bar No. 24058357
E-mail: jsmith@sloanfirm.com
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
Telephone:    (903) 757-7000
Facsimile:    (903) 757-7574

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on September 16, 2015 I served a copy of Appellee Mary K. McGee's Motion for Leave to File a Surreply Brief listed below by electronic service, and the electronic transmission was reported as complete. My e-mail address is jsmith@sloanfirm.com.


____/s/Justin A. Smith_____
JUSTIN A. SMITH